**MANDATE**

CONN/NHct
03-cR-32
DoRSey

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 21st day of June, two thousand and five.

Before:   Hon. Thomas J. Meskill,
          Hon. Robert D. Sack,
          Hon. B. D. Parker, Jr.,
              *Circuit Judges*

Docket No. 04-0750-cr

UNITED STATES OF AMERICA,

*Appellant,*

- v.-

GARY MILLS,

*Defendant-Appellee.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ Ralph _____
       DEPUTY CLERK

ISSUED AS MANDATE: 4-26-06