UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:03CR32(PCD) |
| GARY MILLS | : | June 12, 2006 |

### GOVERNMENT'S MOTION FOR A STATUS CONFERENCE

The Government, by undersigned counsel, respectfully requests that the Court schedule a status conference in the captioned case. As the Court is aware, this case has been the subject of an interlocutory appeal, but appellate proceedings are now resolved. The parties are discussing a possible resolution of the case and seek the opportunity to discuss scheduling with the Court.

The Government respectfully requests that, to the extent the Court's schedule allows, the conference could be held on a Monday or Tuesday for the benefit of the undersigned Assistant's child care schedule.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct14959
157 Church Street
New Haven, CT 06510
(203) 821-3700

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused a copy of the foregoing Motion to be sent by first-class mail, postage prepaid to the following on this ___ day of June 2006.

Richard S. Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT 061090

                                                  KAREN L. PECK
                                                  ASSISTANT UNITED STATES ATTORNEY