UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

SEPTEMBER 14, 2006

10:00 A.M.

## NOTICE TO COUNSEL

Jury selection will commence at 10:00 A.M. on **September 14, 2006** in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

## CASE NO.  3:03 cr 32   USA vs. Gary Mills

COUNSEL OF RECORD:

Karen L. Peck, AUSA                     U.S. Attorney's Office, 157 Church St., 23rd Fl.,
James L. Glasser, AUSA                  New Haven, CT 06510       203-821-3724

Richard S. Cramer, Esq.                 449 Silas Deane Hwy., Wethersfield, CT 06109
                                        860-257-3500

## CASE NO.  3:06 cr 49   USA vs. Noberto Garcia Vallejo, Hiram Rosario Diaz, Julio Reyes Salas, Abimael Navedo and Jose Diaz

COUNSEL OF RECORD:

Felice M. Duffy, AUSA                   U.S. Attorney's Office, 915 Lafayette Blvd.,
                                        Room 309, Bridgeport, CT 06604
                                        203-696-3000

Michael R. Hasse, Esq.                  Hasse & Associates, 89-90 Hempstead St.,
                                        P.O. Box 35, New London, CT 06320
                                        860-444-2711

Bruce D. Koffsky, Esq.                  1200 Summer St., Suite 201A,
                                        Stamford, CT 06905       203-327-1500

Deirdre A. Murray, AFPD                 Federal Public Defender's Office, Suite 300,
                                        2 Whitney Ave., New Haven, CT 06510
                                        203-498-4200

Hubert J. Santos, Esq.                  Santos & Seeley, 51 Russ St.,
                                        Hartford, CT 06106       860-249-6548

Walter C. Bansley, III, Esq.            Bansley Law Offices, LLC, 545 Orange St.,
Walter C. Bansley, IV, Esq.             New Haven, CT 06511       203-776-1900

## CASE NO.   3:06 cr 150   USA v. Mona Lisa Jackson

### COUNSEL OF RECORD:

Nora R. Dannehy, AUSA
Brian P. Leaming, AUSA

U.S. Attorney's Office, 450 Main St. Room 328,
Hartford, CT 06103          860-947-1101

Terence S. Ward, AUSA

Federal Public Defender's Office,
10 Columbus Blvd., 6th Floor,
Hartford, CT 06106          860-493-6260

## CASE NO.   3:06 cr 173   USA v. James Bowers

### COUNSEL OF RECORD:

John H. Durham, AUSA

U.S. Attorney's Office, 157 Church St., 23rd Fl.,
New Haven, CT 06510          203-821-3700

C. Thomas Furniss, Esq.

Furniss & Quinn, 248 Hudson St.,
Hartford, CT 06106          860-527-2245

## CASE NO.   3:04 cv 1721   Richard A. Cochrane, et al v. Liedtka Trucking, Inc., et als

### COUNSEL OF RECORD:

Ralph J. Monaco, Esq.

Conway & Londregan,
38 Huntington St., PO Box 1351,
New London, CT 06320     860-447-3171

Robert K. Jahn, Esq.

Morrison Mahoney - Const Plaza,
One Constitution Plaza, 10th Floor,
Hartford, CT 06103-1810   860-616-7624

Cynthia Ann Jaworski, Esq.
Kenneth J. Mastroni, Esq.

Law Offices of Cynthia Jaworski,
55 Capital Blvd., Suite 210,
Rocky Hill, CT 06067          860-513-6410

James G. Geanuracos, Esq.

Malliet & Geanuracos, 45 S. Main St., Suite 105
West Hartford, CT 06107   860-233-5900

## CASE NO.   3:05 cv 210   David Derosa v. Mark Flanagan, et al

COUNSEL OF RECORD:

Joshua D. Lanning, Esq.

Jacobs, Grudberg, Belt, Dow & Katz, P.C.,
350 Orange St., P. O. Box 606,
New Haven, CT 06503-0606
203-772-3100

Andrew M. Dewey, Esq.
Claudia A. Baio, Esq.

Baio & Associates, 15 Elm St.,
Rocky Hill, CT 06067     860-571-8880


## CASE NO.   3:05 cv 465   Daniel L. Bromell v. New Haven Dept. Of Police Services, et als

COUNSEL OF RECORD:

Stephen Krawitz, Esq.

Stephen Krawitz, LLC, 271 Madison Ave.,
Suite 200, New York, NY 10016
212682-0707

Michael A. Wolak, III, Esq.

Office of Corp. Counsel, City of New Haven,
165 Church St., 4th Fl., New Haven, CT 06510
203-946-7970


## CASE NO.   3:05 cv 1591   Zenas Zelotes v. Deirdre A. Martini

COUNSEL OF RECORD:

Zenas Zelotes

Shaw's Cove 5, Suite 202,
New London, CT 06320     860-442-2265

Ann M. Nevins, AUSA

U.S. Attorney's Office, 915 Lafayette Blvd.,
Room 309, Bridgeport, CT 06604
203-696-3000

Marcia K. Sowles, Esq.

U.S. Dept. Of Justice,
20 Massachusetts Ave., N.W., Room 7108
Washington, DC 20530     202-514-4960

## CASE NO.  3:05 cv 1708  Francis X. Weber, Sr. v. Chris Craft Co., et al

COUNSEL OF RECORD:

| | |
|---|---|
| Steven Scott Biss, Esq. | Johnson & Bell, LTD., 33 W. Monroe St., Suite 2700, Chicago, IL 60603-5404 312-984-0201 |
| Scott C. Delaura, Esq. | Palumbo & Delaura, 528 Chapel St., New Haven, CT 06511     203-773-1113 |
| David J. Baker, Esq. Barry P. Beletsky, Esq. | Riccio & Beletsky, 310 Main St., Suite 2B, East Haven, CT 06512     203-469-8080 |
| Douglas M. Connors, Esq. Brian Del Gatto, Esq. Eric W. Niederer, Esq. | Wilson, Elser, Moskowitz, Edelman & Dicker, One Stamford Plaza, 263 Tresser Blvd., Stamford, CT 06901     203-564-1900 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK