UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jury Trial Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

October 19, 2006

10:00 A.M.

**CASE NO.  3:03 cr 32   USA vs. Gary Mills**

_____ JURY TRIAL COMMENCES

COUNSEL OF RECORD:

| | |
|---|---|
| John Durham, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510     203-821-3700 |
| Richard S. Cramer, Esq. | 449 Silas Deane Hwy., Wethersfield, CT 06109  860-257-3500 |
| U.S. Probation Office | 157 Church St., New Haven, CT 06510  203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK