UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

      v.    :    Cr. No. 3:03CR032 (PCD)

GARY MILLS    :
_____

APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    Comes now the United States of America, prosecuting in its own sovereign right and behalf by John H. Durham, Assistant United States Attorney, United States Department of Justice, and respectfully informs this Honorable Court:

    1.  ABEL REYES (DOB 6/16/84; Inmate No. 295186) may be important, essential and material in the criminal case of United States v. Gary Mills, Criminal Number 3:03CR032 (PCD).

    2.  That said ABEL REYES should be presented at the Office of the United States Marshal, 141 Church Street, New Haven, Connecticut, on Thursday, October 12, 2006 at 9:30 a.m., in advance and in furtherance of his anticipated appearance at said trial.

    3.  That the said ABEL REYES is now confined at the MacDougall Correctional Institution, Suffield, Connecticut.

    WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Testificandum to the Warden, MacDougall Correctional Institution, Suffield, Connecticut and the United States Marshal for the District of

Connecticut, or any of his proper deputies, ordering them to produce the said ABEL REYES at 9:30 a.m. on Thursday, October 12, 2006, at the U.S. Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the Court may direct, under proper, safe and secure conduct, then and there to testify at said trial.

                                        UNITED STATES OF AMERICA

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        JOHN H. DURHAM
                                        DEPUTY UNITED STATES ATTORNEY

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, MACDOUGALL CORRECTIONAL INSTITUTION, SUFFIELD, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of ABEL REYES (DOB 6/16/84; Inmate No. 295186), now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said ABEL REYES before the United States District Court, District of Connecticut, at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on Thursday, October 12, 2006 at 9:30 a.m., or from time to time thereafter as the case may be adjourned to, in connection with the criminal case of <u>United States v. Gary Mills</u>, Criminal Number 3:03CR032 (PCD), and immediately after his appearance has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said ABEL REYES, under safe and secure conduct.

                                                        _____
                                                        CLERK
                                                        UNITED STATES DISTRICT COURT

The foregoing Writ it hereby allowed.

Dated at New Haven, Connecticut,

this _____ day of _____.


_____
UNITED STATES DISTRICT JUDGE

```
STATE OF CONNECTICUT   )
                       )    ss:  New Haven, CT  September 25, 2005
COUNTY OF NEW HAVEN    )
```

      Personally appeared, before me, John H. Durham, Deputy United States Attorney, District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____