UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

January 5, 2007

9:00 A.M.

CASE NO.   3-03-cr-32   (PCD)   USA v. Gary Mills

    COUNSEL OF RECORD:

| | |
|---|---|
| John Durham, AUSA<br>Karen L. Peck, AUSA | U.S. Attorney's Office, 157 Church St.,<br>New Haven, CT 06510     203-821-3700 |
| Richard S. Cramer, Esq. | 250 Hudson St., Hartford, CT 06103<br>860-560-7704 |
| U.S. Probation Office | 157 Church St., New Haven, CT 06510<br>203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK