UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE |
| | : | |
| v. | : | CASE NO. 3:03cr32PCD |
| | : | |
| GARY MILLS | : | OCTOBER 18, 2006 |

## MOTION TO QUASH SUBPOENA

The administrator, Unemployment Compensation Act, moves the court to quash the subpoena directing the Connecticut Department of Labor to produce unemployment compensation information concerning Michael Rice in the above entitled action. The basis of the motion is that unemployment compensation information is confidential and privileged. Its release is prohibited pursuant to the terms of federal and state law. A memorandum of law is attached to this motion.

1

ADMINISTRATOR, UNEMPLOYMENT
COMPENSATION ACT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

William J. McCullough
Assistant Attorney General


BY: _____
Thadd A. Gnocchi
Assistant Attorney General
~~Juris No. 85123~~  ct 08374
55 Elm Street, 5th Floor
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5330
Fax: (860) 808-5383


## ORDER

The foregoing motion having been heard, it is hereby GRANTED/DENIED.


_____
Judge/Assistant Clerk

2

## CERTIFICATION

I hereby certify that a copy of the above was mailed and faxed to all counsel of record on October 18, 2006.

Michael S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Fax No.: (860) 257-3500

Thadd A. Gnocchi
Assistant Attorney General