UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | No. 3:06CR32 PCD |
| GARY MILLS | : | JANUARY 2, 2007 |

**MOTION TO CONTINUE SENTENCING**

1. Sentencing in the above-captioned matter is currently scheduled for January 11, 2007.

2. The defendant is confined at the Wyatt Detention Center in Central Falls, Rhode Island.

3. Although the defendant was sent a copy of the pre-sentence report, the undersigned has, as of yet, not had the opportunity to sit down with Mr. Mills and go over that report paragraph by paragraph.

4. Counsel attempted to go to Wyatt on December 30, 2006. Because of various logistical problems, he was only able to spend ten minutes with Mr. Mills at that time.

5. Counsel is scheduled to start trial on January 4, 2007, in the case of United States of America v. Rohan Purcell before Judge Thompson in Hartford.

6. Because of the length of that trial and the work involved, counsel will probably not have another opportunity to visit with Mr. Mills at Wyatt before January 11, 2007.

WHEREFORE, the undersigned respectfully requests that the sentencing be continued for two weeks. The Government does not oppose the granting of this request.

        Respectfully submitted,

        DEFENDANT, GARY MILLS

By:_____
        Richard S. Cramer
        250 Hudson Street
        Hartford, CT 06106
        (860) 560-7704
        Federal Bar No. ct00016
        Email: cramer @ snet.net

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 2nd day of January 2007 to:

John Durham
Assistant U. S. Attorney
157 Church Street
New Haven, CT 06510

                                                         _____
                                                         Richard S. Cramer