UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**January 22, 2007**

**9:00 A.M.**

**PLEASE NOTE:    Rescheduled from January 11, 2007**

CASE NO.   3-03-cr-32   (PCD)   USA v. Gary Mills

COUNSEL OF RECORD:

| | |
|---|---|
| John Durham, AUSA | U.S. Attorney's Office, 157 Church St., |
| Karen L. Peck, AUSA | New Haven, CT 06510      203-821-3700 |
| | |
| Richard S. Cramer, Esq. | 250 Hudson St., Hartford, CT 06103 |
| | 860-275-8200 |
| | |
| U.S. Probation Office | 157 Church St., New Haven, CT 06510 |
| | 203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK