UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

January 22, 2007

**2:00 P.M.**

**PLEASE NOTE:    Change in Time**

CASE NO.   3-03-cr-32   (PCD)   USA v. Gary Mills

COUNSEL OF RECORD:

Karen Peck, AUSA                    U.S. Attorney's Office, 157 Church St.,
                                    New Haven, CT 06510      203-821-3700

Richard S. Cramer, Esq.            250 Hudson St., Hartford, CT 06103
                                    860-275-8200

U.S. Probation Office              157 Church St., New Haven, CT 06510
                                    203-773-2100

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK