Sentencing

# United States District Court

DISTRICT OF _____

USA
v.
Gary Mills

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03cr 32(PCD)

| | | | |
|---|---|---|---|
| PRESIDING JUDGE<br>Peter C. Dorsey | PLAINTIFF'S ATTORNEY<br>Karen Peck / John Durham | DEFENDANT'S ATTORNEY<br>Richard Cramer | |
| TRIAL DATE(S)<br>1/22/07 | COURT REPORTER<br>K. Falcone, Ecro | COURTROOM DEPUTY<br>P. Villano | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 1/22/07 | | | Melissa Carcia |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages