Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of __Connecticut__

__United States of America__

~~Gary Mills~~

Docket No.: __3:03cr32 PCD__

__Peter C. Dorsey__
(District Court Judge)

Notice is hereby given that __Gary Mills__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ _XXXX_ ], other [ _____ ] _____ (specify)

entered in this action on __1/22/2007__ (date)

Offense occurred after November 1, 1987  Yes [ XX ]  No [ ___ ]

This appeal concerns: Conviction only [ ___ ]  Sentence only [ XX ]  Conviction and Sentence [ ___ ]

Date __January 23, 2007__

TO
Clerk
U. S. District Cout
Hartford, CT 06103

__Richard S. Cramer__
(Counsel for Appellant)

Address __250 Hudson Street__
__Hartford, CT 06106__

Telephone Number: __(860) 560-7704__

ADD ADDITIONAL PAGE (IF NECESSARY)

FILED 2007 JAN 25 P (U.S. DISTRICT COURT, NEW HAVEN)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER  ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ XX ] I am ordering a transcript
[ ___ ] I am not ordering a transcript
  Reason
  [ ___ ] Daily copy is available
  [ ___ ] U.S. Attorney has placed order
  [ ___ ] Other. Attach explanation

Prepare transcript of                                Dates
[ ___ ] Prepare proceedings _____
[ XX ] Trial __change of plea 10/19/06__
[ XXX ] Sentencing __1/22/07__
[ ___ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment     [ ___ ] Funds [ ___ ]     CJA Form 24 [ XX ]

ATTORNEY'S SIGNATURE  /s/                                DATE  1/23/07

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
|  | Date _____  Signature _____ (Court Reporter) |  |  |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05