## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 3:03CR32 PCD |
| GARY MILLS | : | MAY 1, 2007 |

## INDEX TO RECORD ON APPEAL

| | VOLUME I | DOCUMENT NO. |
|---|---|---|
| Transcript of Change of Plea Hearing on 10/19/06 | | |
| Transcript of Sentencing Hearing on January 22, 2007 | | |
| Certified Copy of Docket Sheet | | 2 |
| Defendant's Sentencing Memorandum filed 1/17/07 (Doc. #95) | | 3 |
| Notice of Appeal filed 1/25/07 (Doc. #99) | | 4 |
| Judgment filed 1/22/07 (Doc. #98) | | 5 |
| Clerk's Certificate | | 6 |

DEFENDANT,
GARY MILLS


BY:_____
       Richard S. Cramer
       250 Hudson Street
       Hartford, CT 06106
       Tel. (860) 560-7704
       Federal Bar No. ct00016
       Email: cramer@snet.net